UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM A. DEPARDO,
    Plaintiff

V.

MFS/SUN LIFE FINANCIAL
DISTRIBUTORS, INC. d/b/a SUN LIFE OF
CANADA and TAC WORLDWIDE
COMPANIES,
    Defendants

CIVIL ACTION 04-10248DPW

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COMPLAINT

Defendant MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada ("Sun Life") moves that the deadline for responding to the Complaint be extended to April 16, 2004. As grounds for this motion, Sun Life states that additional time is necessary to investigate the allegations in the Complaint. Plaintiff, William A. DePardo, has assented to this motion.

        MFS/SUN LIFE FINANCIAL
        DISTRIBUTORS, INC. d/b/a SUN LIFE OF
        CANADA

        By its attorneys,

        Stephen S. Churchill BBO# 564158
        Jay P. Symonds BBO#637972
        CONN KAVANAUGH ROSENTHAL
          PEISCH & FORD, LLP
        Ten Post Office Square
        Boston, MA 02109
        (617) 482-8200

Dated: 3·24·04

ASSENTED TO:

WILLIAM A. DEPARDO

By his attorney,

*Nicholas S. Guerrera* /s/
Nicholas S. Guerrera, Esq.
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845


## CERTIFICATE OF SERVICE

I, Jay P. Symonds, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Nicholas S. Guerrera, Esq., Shaheen Guerrera & O'Leary, LLC, Jefferson Office Park, 820A Turnpike Street, North Andover, MA 01845.

*Jay P. Symonds*
Jay P. Symonds

Dated: 3.24.04

197303.1

# CONN KAVANAUGH ROSENTHAL PEISCH & FORD, LLP

COUNSELLORS AT LAW

Ten Post Office Square, Boston, Massachusetts 02109

Tel: (617) 482-8200
Fax: (617) 482-6444

THOMAS E. PEISCH
BOB B. ROSENTHAL
JAMES F. KAVANAUGH, JR.
RUSSELL F. CONN
GEORGE M. FORD
JAMES B. PELOQUIN
BARRY E. GOLD
THOMAS J. GALLITANO
CHRISTOPHER J. PETRINI
JAMES GRAY WAGNER
ERIN K. HIGGINS
STEPHEN S. CHURCHILL
STEVEN E. GURDIN
MICHAEL T. SULLIVAN

KURT B. FLIEGAUF
RONALD M. JACOBS
CAROL A. STARKEY
JENNIFER M. NORTON
JAY P. SYMONDS
SARA L. GOODMAN
MICHAEL R. BERNARDO
CARA A. FAUCI
JOHANNA L. MATLOFF
AMY C. STEWART
BETH A. NUZZO
MELISSA J. RICHARD

WRITER'S DIRECT DIAL: 617-348-8209
E-MAIL: JSYMONDS@CKRPF.COM

March 24, 2004

**Via Hand Delivery**

Clerk for Civil Business
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02210

Re:   William A. DePardo v. MFS/Sun Life Financial Distributors, Inc., et al.
      Civil Action No. 04-10248-DPW

Dear Sir/Madam:

Enclosed for filing in the above matter please find:

- MFS/Sun Life Financial Distributors, Inc. d/b/a/ Sun Life of Canada's Assented-To Motion to Enlarge Time to Respond to Complaint.

Upon filing, kindly date stamp and return the enclosed acknowledgment card. Thank you for your assistance.

Sincerely,

Jay P. Symonds

Enclosure
cc:   Nicholas S. Guerrera, Esq. (w/ encls.)
      Stephen S. Churchill, Esq. (w/out encls.)