# United States District Court

DISTRICT OF _____

Willam A. DePardo

**SUMMONS IN A CIVIL CASE**

V.

MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada, et al.

CASE NUMBER: 04 10248 DPW

TO: (Name and address of defendant)

MFS/Sun Life Financial Distributors, Inc., d/b/a/Sun Life of Canada
One Sun Life Executive Park
Wellesley Hills, MA    02181

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Nicholas S. Guerrera
Shaheen Guerrera & O'Leary
820A Turnpike Street
North Andover, MA    01845

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

FEB 0 4 2004

DATE

(BY) DEPUTY CLERK



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

Suffolk, ss.

April 13, 2004

I hereby certify and return that on 2/27/2004 at 11:50:00 AM I served a true and attested copy of the Summ, Comp, and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Y.Concepcion,Process Clerk & agent in charge of CT Corp & its, agent, person in charge at the time of service for MFS/SunLife Financial Distributors, Inc,dba Sun Life of Canada, at CT Corporation, 101 Federal Street, Boston, MA. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

*John Cotter*
Deputy Sheriff

Deputy Sheriff    John Cotter

---

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me¹ | |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:
_____

☐ Returned unexecuted:
_____

☐ Other (specify):
_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                Date              Signature of Server

_____
Address of Server