UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

WILLIAM A. DEPARDO,

        Plaintiff,

v.

MFS/SUN LIFE FINANCIAL
DISTRIBUTORS, INC. d/b/a
SUN LIFE OF CANADA and
TAC WORLDWIDE COMPANIES,

        Defendants.

Civil Action No. 04-10248DPW

## NOTICE OF APPEARANCE

Please enter our appearance on behalf of Defendant TAC Worldwide Companies.

*/s/ Sandra E. Kahn*
Robert M. Shea, BBO # 556356
Sandra E. Kahn, BBO # 564510
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

Dated: May 6, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on May 6, 2004.

*/s/ Sandra E. Kahn*
Sandra E. Kahn