UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>    Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>    Defendants | CIVIL ACTION 04-10248DPW |

## NOTICE OF WITHDRAWAL

To the Clerk:

Please withdraw my appearance on behalf of MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada in the above-referenced matter. Please note that Conn Kavanaugh Rosenthal Peisch & Ford, LLP, and Jay P. Symonds will continue to appear for Sun Life of Canada.

          /s/ Stephen S. Churchill
Stephen S. Churchill BBO#564158
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: May 28, 2004

202045.1