UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>    Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>    Defendants | CIVIL ACTION 04-10248DPW |

## NOTICE OF APPEARANCE

To the Clerk:

Kindly enter my appearance as counsel for defendant, MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada. Attorney Jay P. Symonds and the law firm of Conn Kavanaugh Rosenthal Peisch and Ford, LLP, will continue to appear for Sun Life of Canada.

SUN LIFE OF CANADA

By its attorneys,

/s/ James F. Kavanaugh, Jr.
James F. Kavanaugh, Jr., BBO #262360
Jay P. Symonds BBO#637972
CONN KAVANAUGH ROSENTHAL
  PEISCH & FORD, LLP
Ten Post Office Square
Boston, MA 02109
(617) 482-8200

Dated: May 28, 2004

202042.1