UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERK'S OFFICE
2004 JUN -4  P 1:15
U.S. DISTRICT COURT
DISTRICT OF MASS.

|  |  |
|---|---|
| WILLIAM A. DePARDO, ) | |
| Plaintiff ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 04-10248DPW |
| ) | |
| MFS/SUN LIFE FINANCIAL ) | |
| DISTRIBUTORS, INC. d/b/a ) | |
| SUN LIFE OF CANADA and ) | |
| TAC WORLDWIDE COMPANIES, ) | |
| Defendants ) | |

### CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Plaintiff William A. DePardo, and his attorney hereby certify that they have conferred concerning the following: (a) establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted:
The Plaintiff, William A. DePardo,

By his Attorneys,

_____
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Mass. R. Civ. P. 5.

Dated: 6-2-04

Nicholas S. Guerrera