UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>     Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>     Defendants | CIVIL ACTION 04-10248DPW |

## CERTIFICATION OF DEFENDANT SUN LIFE OF CANADA

Defendant Sun Life of Canada ("Sun Life"), by its attorney and an authorized representative, hereby certifies as follows:

1.  Sun Life and its counsel have conferred with a view to establishing a budget for the costs of conducting the full course and various alternative courses of this litigation.

2.  Sun Life and its counsel have conferred to consider the resolution of this litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

|  |  |
|---|---|
|   /s/ Anne J. Farina/jps   | /s/ Jay P. Symonds |
| Anne J. Farina, Esq. | James F. Kavanaugh, Jr., BBO #262360 |
| Senior Counsel, Law Department | Jay P. Symonds BBO#637972 |
| Authorized Representative for | CONN KAVANAUGH ROSENTHAL |
|   Sun Life of Canada |   PEISCH & FORD, LLP |
| One Sun Life Executive Park | Ten Post Office Square |
| Wellesley Hills, MA 02481-1230 | Boston, MA 02109 |
|  | (617) 482-8200 |
|  |  |
| Dated: June 2, 2004 | Dated: June 7, 2004 |

201523.1

2