UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2004 JUN -7  A 11: 45

U.S. DISTRICT COURT
DISTRICT OF MASS.

---

WILLIAM A. DEPARDO,

Plaintiff,

v.

MFS/SUN LIFE FINANCIAL
DISTRIBUTORS, INC. d/b/a
SUN LIFE OF CANADA and
TAC WORLDWIDE COMPANIES,

Defendants.

Civil Action No. 04-10248DPW

---

## CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)

Defendant TAC Worldwide Companies and its counsel hereby certify that they have

conferred concerning the following: (a) establishing a budget for the costs of conducting the full

course and various alternative courses of the litigation; and (b) considering the resolution of the

litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Counsel for Defendant TAC Worldwide Companies:

Robert M. Shea, BBO # 556356
Sandra E. Kahn, BBO # 564510
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

TAC WORLDWIDE COMPANIES

Paul Addorisio
Senior Attorney
TAC Worldwide Companies

Dated: May 27, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on May 27, 2004

Robert M. Shea