UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br><br>      Plaintiff,<br><br>v.<br><br>MFS/SUN LIFE FINANCIAL<br>DISTRIBUTORS, INC. d/b/a<br>SUN LIFE OF CANADA and<br>TAC WORLDWIDE COMPANIES,<br><br>      Defendants. | Civil Action No. 04-10248DPW |

**CERTIFICATION PURSUANT TO LOCAL RULE 16.1(D)(3)**

Defendant TAC Worldwide Companies and its counsel hereby certify that they have conferred concerning the following: (a) establishing a budget for the costs of conducting the full course and various alternative courses of the litigation; and (b) considering the resolution of the litigation through the use of alternative dispute resolution programs.

Respectfully submitted,

Counsel for Defendant TAC Worldwide Companies:

_/s/ Robert Shea_
Robert M. Shea, BBO # 556356
Sandra E. Kahn, BBO # 564510
MORSE, BARNES-BROWN & PENDLETON, P.C.
Reservoir Place
1601 Trapelo Road
Waltham, MA 02451
(781) 622-5930

TAC WORLDWIDE COMPANIES

Paul Addorisio
Senior Attorney
TAC Worldwide Companies

Dated: May 27, 2004

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on May 27, 2004

Robert M. Shea