## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| **WILLIAM A. DePARDO,**<br>　　　　Plaintiff<br><br>　　v.<br><br>**MFS/SUN LIFE FINANCIAL<br>DISTRIBUTORS, INC. d/b/a<br>SUN LIFE OF CANADA and<br>TAC WORLDWIDE COMPANIES,**<br>　　　　Defendants | )<br>)<br>)<br>)<br>)  **CIVIL ACTION NO.: 04-10248DPW**<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF PLAINTIFF
### FOR ENLARGEMENT OF TIME TO AMEND COMPLAINT

NOW COMES the plaintiff, William A. DePardo, who respectfully moves the Court for an enlargement of time in which to seek leave to amend the Complaint by six calendar days. The Court's Scheduling Order established July 14, 2004 as the deadline in which to seek amendment of the pleadings. The plaintiff respectfully requests that he be permitted to file the accompanying Assented to Motion of Plaintiff for Leave to Amend Complaint along with the proposed Amended Complaint. The delay was caused by the plaintiff's counsel's administrative error of not having an electronic filing password and login name and having to request one from the Court.

In support of his motion, the plaintiff states that (1) the defendants assent to the extension of time and the proposed amendment.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　　　The Plaintiff, William A. DePardo,

　　　　　　　　　　　　　　　　　　　　By his Attorneys,

1

/s/ Nicholas S. Guerrera
Nicholas S. Guerrera, BBO# 551475

|  |  |
|---|---|
|  | Shaheen Guerrera & O'Leary, LLC |
|  | Jefferson Office Park |
|  | 820A Turnpike Street |
|  | North Andover, MA 01845 |
| Dated: July 20, 2004 | (978) 689-0800 |

## CERTIFICATE PURSUANT TO L.R. 7.1(A)(2)

Counsel hereby certifies that the parties have conferred and assent to the present motion.

Dated: July 20, 2004                    /s/ Nicholas S. Guerrera_____
                                         Nicholas S. Guerrera

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Fed. R. Civ. P. 5(a).

Dated: July 20, 2004                    /s/ Nicholas S. Guerrera_____
                                         Nicholas S. Guerrera