## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **WILLIAM A. DePARDO,** | ) | |
| **Plaintiff** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.: 04-0248DPW** |
| | ) | |
| **MFS/SUN LIFE FINANCIAL** | ) | |
| **DISTRIBUTORS, INC. d/b/a** | ) | |
| **SUN LIFE OF CANADA and** | ) | |
| **TAC WORLDWIDE COMPANIES,** | ) | |
| **Defendants** | ) | |

## ASSENTED TO MOTION OF PLAINTIFF FOR LEAVE TO AMEND COMPLAINT

The plaintiff, William A. DePardo, respectfully moves the Court pursuant to Fed. R. Civ. P. 15(a) and 15(b) for leave to amend his Complaint by changing the statement in paragraph 21 of total long-term disability benefits allegedly owed from $150,022.15 to $355,780.36 and by changing the statement in paragraph 33 of all benefits (short-term disability, long-term disability and life insurance policy cash value) allegedly owed from $304,279.69 to $510,379.90. The proposed Amended Complaint accompanies the present motion.

In support of his motion, the plaintiff states that (1) the amendment is intended to bring the allegations in conformity with applicable provisions within the Group Term Insurance Policy regarding the number of months for which long-term disability payments shall be made and (2) the defendants assent to the proposed amendment.

Respectfully submitted:

The Plaintiff, William A. DePardo,

By his Attorneys,

/s/ Nicholas S. Guerrera_____
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O'Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
Dated: July 20, 2004                              (978) 689-0800

## CERTIFICATE PURSUANT TO L.R. 7.1(A)(2)

Counsel hereby certifies that the parties have conferred and assent to the present motion.

Dated: July 20, 2004                    /s/ Nicholas S. Guerrera_____
                                        Nicholas S. Guerrera

## CERTIFICATE OF SERVICE

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Fed. R. Civ. P. 5(a).

Dated: July 20, 2004                    /s/ Nicholas S. Guerrera_____
                                        Nicholas S. Guerrera