UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br><br>               Plaintiff,<br><br>v.<br><br>MFS/SUN LIFE FINANCIAL<br>DISTRIBUTORS, INC. d/b/a<br>SUN LIFE OF CANADA and<br>TAC WORLDWIDE COMPANIES,<br><br>               Defendants. | Civil Action No. 04-10248DPW |

## NOTICE OF APPEARANCE

    Please enter the appearance of Scott J. Connolly as counsel for Defendant TAC Worldwide Companies in the above-captioned matter.

                                              By its attorneys,

                                              /s/ Scott J. Connolly
                                              Robert M. Shea, BBO # 556356
                                              Scott J. Connolly, BBO # 651007
                                              MORSE, BARNES-BROWN & PENDLETON, P.C.
                                              Reservoir Place
                                              1601 Trapelo Road
                                              Waltham, MA 02451
                                              (781) 622-5930

Dated:  July 23, 2004

## CERTIFICATE OF SERVICE

    I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on July 23, 2004.

                                              /s/ Scott J. Connolly
                                              Scott J. Connolly