UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

WILLIAM A. DEPARDO,
        Plaintiff

        V.

MFS/SUN LIFE FINANCIAL
DISTRIBUTORS, INC. d/b/a SUN LIFE OF
CANADA and TAC WORLDWIDE
COMPANIES,
        Defendants

CIVIL ACTION NO. 04-10248-DPW

## NOTICE OF APPEARANCE

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please note the appearance of Joan O. Vorster on behalf of the defendant, Sun Life of

Canada, in the above-entitled case.

{H:\PA\Lit\15928\55016\A0732297.DOC}

SUN LIFE OF CANADA

By its attorneys,


/s/ Joan O. Vorster
Joan O. Vorster, Esq.
BBO #550375
Mirick, O'Connell, DeMallie & Lougee, LLP
100 Front Street
Worcester, MA 01608-1477
Phone: (508) 791-8500
Fax:    (508) 791-8502

Dated: September 7, 2004

## CERTIFICATE OF SERVICE

I, Joan O. Vorster, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Nicholas S. Guerrera, Esq., Shaheen Guerrera & O'Leary, LLC, Jefferson Office Park, 820A Turnpike Street, North Andover, MA 01845 and Robert Shea, Esq., Morse, Barnes-Brown & Pendleton, P.C., Reservoir Place, 1601 Trapelo Road, Waltham, Massachusetts 02451.


/s/ Joan O. Vorster
Joan O. Vorster, Esq.

Dated: September 7, 2004

209032.1

{H:\PA\Lit\15928\55016\A0732297.DOC}                    2