UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>    Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>    Defendants | CIVIL ACTION 04-10248DPW |

## NOTICE OF WITHDRAWAL

To the Clerk:

    Please withdraw the appearance of Jay P. Symonds and James F. Kavanaugh, Jr., on behalf of MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada in the above-referenced matter. Please note that Conn Kavanaugh Rosenthal Peisch & Ford, LLP, will no longer appear on behalf of Sun Life Assurance Company of Canada.

    SUN LIFE ASSURANCE COMPANY OF CANADA

    By its attorneys,


    /s/ Jay P. Symonds
    /s/ James F. Kavanaugh, Jr.
    James F. Kavanaugh, Jr., BBO #262360
    Jay P. Symonds BBO#637972
    CONN KAVANAUGH ROSENTHAL
      PEISCH & FORD, LLP
    Ten Post Office Square
    Boston, MA 02109
    (617) 482-8200

Dated: September 7, 2004

209020.1