UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>     Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>     Defendants | CIVIL ACTION NO. 04-10248-DPW |

### ASSENTED TO MOTION TO MODIFY SCHEDULING ORDER WITH RESPECT TO MOTIONS FOR SUMMARY JUDGMENT

The defendant, Sun Life Assurance Company of Canada ("Sun Life"), improperly named as MFS/Sun Life Financial Distributors, Inc. d/b/a Sun Life of Canada, respectfully requests that the time for filing summary judgment motions and responses pursuant to the Scheduling Order be extended 14 days. Currently, motions for summary judgment are due September 30, 2004 and responses to summary judgment motions are due October 21, 2004. Sun Life respectfully requests that the Court extend the deadline by 14 days so that motions for summary judgment will be due October 14, 2004 and responses due on November 4, 2004.

This short extension is requested because the undersigned counsel was recently retained to replace Conn, Kavanaugh, Rosenthal, Piesch & Ford, LLP as counsel for Sun Life in this matter. In addition, the undersigned counsel in this matter will be out of town on a preplanned trip for several days next week. As a result, Sun Life requests this short extension of time in order to review the file and prepare its summary judgment motion. All counsel have been contacted and have assented to this short extension of time.

WHEREFORE, the Sun Life requests that the Court grant its request to modify the Scheduling Order with respect to motions for summary judgment.

| Assented to:<br>WILLIAM A. DEPARDO | SUN LIFE ASSURANCE COMPANY<br>OF CANADA |
|---|---|
| By his attorney, | By its attorneys, |
|    /s/ Nicholas S. Guerrera  (JOV)<br>Nicholas S. Guerrera, Esq., BBO #551475<br>Shaheen Guerrera & O'Leary, LLC<br>Jefferson Office Park<br>820A Turnpike Street<br>North Andover, MA 01845<br>Phone: (978) 689-0800<br>Fax: (978) 794-0890 |    /s/Joan O. Vorster<br>Joan O. Vorster, Esq., BBO #550375<br>Kristina H. Allaire, Esq., BBO #646001<br>Mirick, O'Connell, DeMallie & Lougee, LLP<br>100 Front Street<br>Worcester, MA 01608-1477<br>Phone: (508) 791-8500<br>Fax:    (508) 791-8502 |

Assented to:
TAC WORLDWIDE COMPANIES

By its attorney,

   /s/ Robert Shea  (JOV)
Robert Shea, Esq., BBO# 556356
Morse, Barnes-Brown & Pendleton, P.C.
Reservoir Place, 1601 Trapelo Road
Waltham, Massachusetts 02451
Phone: (781) 622-5930
Fax: (781) 622-5933

Dated:  September 15, 2004