UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br><br>                Plaintiff,<br><br>v.<br><br>MFS/SUN LIFE FINANCIAL<br>DISTRIBUTORS, INC. d/b/a<br>SUN LIFE OF CANADA and<br>TAC WORLDWIDE COMPANIES,<br><br>                Defendants. | Civil Action No. 04-10248-DPW |

**DEFENDANT TAC WORLDWIDE COMPANIES' MOTION
FOR SUMMARY JUDGMENT ON THE ADMINISTRATIVE RECORD**

      Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant TAC Worldwide Companies ("TAC") hereby moves for an order entering summary judgment in its favor and dismissing TAC from this action. In support of its motion, TAC submits herewith the following materials: Memorandum of Law in Support of Defendant TAC Worldwide Companies' Motion for Summary Judgment on the Administrative Record; and Defendant TAC Worldwide Companies' Statement of Material Facts.

                                                Respectfully submitted,

                                                TAC WORLDWIDE COMPANIES

                                                By its attorneys,

                                                /s/ Robert M. Shea
                                                Robert M. Shea, BBO # 556356
                                                Scott J. Connolly, BBO # 651007
                                                MORSE, BARNES-BROWN & PENDLETON, P.C.
                                                Reservoir Place
                                                1601 Trapelo Road
                                                Waltham, MA 02451
                                                (781) 622-5930

Dated: October 14, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each party by first class mail on October 14, 2004

/s/ Robert M. Shea
Robert M. Shea