UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| WILLIAM A. DePARDO,<br>    Plaintiff<br><br>v.<br><br>MFS/SUN LIFE FINANCIAL<br>DISTRIBUTORS, INC. d/b/a<br>SUN LIFE OF CANADA and<br>TAC WORLDWIDE<br>COMPANIES,<br>    Defendants | CIVIL ACTION NO.: 04-0248DPW |

**PLAINTIFF'S MEMORANDUM OF LAW IN OPPOSITION
TO THE MOTION OF TAC WORLDWIDE
<u>COMPANIES FOR SUMMARY JUDGMENT</u>**

A. <u>CALCULATION OF SHORT-TERM DISABILITY BENEFITS</u>

The Court should find that there are genuine issues of material fact to be tried on the issue whether the $12,000 monthly payment received by Mr. DePardo was a bonus or a commission. There is a genuine issue of material fact as to whether TAC underpaid Mr. DePardo's short-term disability benefits for 13 weeks. TAC's calculation of Mr. DePardo's benefit amount was unreasonable and not supported by evidence in the Administrative Record.

C. <u>BENEFITS UNDER THE LIFE INSURANCE POLICY</u>

The plaintiff offers no opposition to the defendant's motion in regard to life insurance benefits.

D. <u>CONCLUSION</u>

1

2

The Court should deny the defendant's motion with regard to TAC's underpayment of the benefit amount.

The Plaintiff, William A. DePardo,

By his Attorneys,

/s/ Nicholas S. Guerrera
Nicholas S. Guerrera, BBO# 551475
Shaheen Guerrera & O=Leary, LLC
Jefferson Office Park
820A Turnpike Street
North Andover, MA 01845
(978)689-0800

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail pursuant to Fed. R. Civ. P. 5(a).

Dated: November 2, 2004          /s/ Nicholas S. Guerrera
                                  Nicholas S. Guerrera