UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM A. DEPARDO,<br>    Plaintiff<br><br>V.<br><br>MFS/SUN LIFE FINANCIAL DISTRIBUTORS, INC. d/b/a SUN LIFE OF CANADA and TAC WORLDWIDE COMPANIES,<br>    Defendants | CIVIL ACTION NO. 04-10248-DPW |

**DEFENDANT, SUN LIFE OF CANADA'S**
**MOTION FOR LEAVE TO FILE REPLY BRIEF**

      The defendant, Sun Life Assurance Company of Canada ("Sun Life"), requests leave of Court to file a short Brief in Reply to Plaintiff's Opposition to Sun Life's Motion for Summary Judgment. As grounds for its motion, Sun Life states that contrary to this Court's scheduling order, the plaintiff chose not to file a cross-motion for summary judgment and merely opposed defendant's motion for summary judgment on November 3, 2004. Although not contemplated by the original scheduling order, a short reply brief is necessary to rebut the plaintiff's statement of facts and the contentions outlined in his opposition. A copy of Sun Life's Reply Brief is attached.

                                      SUN LIFE OF ASSURANCE COMPANY OF CANADA

                                      By its attorneys,

                                      /s/  Kristina H. Allaire
                                  Joan O. Vorster, Esq., BBO #550375
                                  Kristina H. Allaire, BBO #646001
                                  Mirick, O'Connell, DeMallie & Lougee, LLP
                                  100 Front Street
                                  Worcester, MA 01608-1477
                                  Phone: (508) 791-8500
                                  Fax:    (508) 791-8502

Dated: November 10, 2004

## CERTIFICATE OF SERVICE

     I, Kristina H. Allaire, hereby certify that I have this day served a copy of the foregoing document, by mailing a copy, first class mail, postage prepaid, to Nicholas S. Guerrera, Esq., Shaheen Guerrera & O'Leary, LLC, Jefferson Office Park, 820A Turnpike Street, North Andover, MA 01845 and Robert Shea, Esq., Morse, Barnes-Brown & Pendleton, P.C., Reservoir Place, 1601 Trapelo Road, Waltham, Massachusetts 02451.

                                      /s/  Kristina H. Allaire
                                  Kristina H. Allaire, Esq.

Dated: November 10, 2004