UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| WILLIAM A. DePARDO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 04-10248-DPW |
| | ) | |
| MFS/SUN LIFE FINANCIAL | ) | |
| DISTRIBUTORS, INC. d/b/a | ) | |
| SUN LIFE OF CANADA and | ) | |
| TAC WORLDWIDE COMPANIES, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

WOODLOCK, District Judge

In accordance with this Court's Memorandum and Order issued on May 20, 2005, granting the Defendant's Motion for Summary Judgment, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the Defendant against the Plaintiffs.**

BY THE COURT,

/s/ Michelle Rynne
Deputy Clerk

DATED: May 20, 2005